RAYMOND NOONAN v. I.T.T. CONTINENTAL
BAKING CO., INC.

May 30, 1989.

Petition for certification denied.

IN THE MATTER OF THE REGISTRATION FOR
CONDOMINIUM CONVERSION OF 805 PARK
AVENUE CONDOMINIUM, ET AL.

May 30, 1989.

Petition for certification denied.

ESTER HOCHSTRASSER v. THEODORE FLUEHR v. RICHARD
K. STEVENS, ET AL. AND MARJORIE STARR FRAZIER.

May 30, 1989.

Petition for certification denied.

EDWARD B. JONES, SR. v. BOARD OF TRUSTEES, PUBLIC EM-
PLOYEES' RETIREMENT SYSTEM.

May 30, 1989.

Petition for certification denied.